No. 01–367. TONNIES ET AL., INDIVIDUALLY AND ON BEHALF OF ALL AFFECTED MEMBERS OF THE SPERRY AND BURROUGHS CLASSES *v.* UNISYS CORP.; and

No. 01–554. UNISYS CORP. *v.* TONNIES ET AL., INDIVIDUALLY AND ON BEHALF OF ALL AFFECTED MEMBERS OF THE SPERRY

AND BURROUGHS CLASSES. C. A. 3d Cir. Certiorari denied. Reported below: 242 F. 3d 497.